UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KIRAN DEOL, and John and Jane Does 1 through 10. <br><br> Defendants. | Case No. 2:20-CV-00791-MCE-AC <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER TO CLARIFY OR, IN THE ALTERNATIVE, MODIFY THE PRETRIAL SCHEDULING ORDER** <br><br> Date:         June 10, 2021 <br> Time:        2:00 p.m. <br> Courtroom: 7, 14th Fl. <br> Judge:       Hon. Morrison C. England, Jr. <br><br> Action Filed: April 16, 2020 |

The Court, having considered Plaintiff's Application to Clarify Or, In the Alternative, Modify the Pretrial Scheduling Order, the papers filed in response thereto, if any, all other argument and the record in this case, and for good cause shown, hereby GRANTS the Application. The parties are instructed that discovery, with the exception of expert discovery, does not close until three hundred sixty-five days after Defendant Kiran Deol has filed an Answer to VibrantCare's Complaint, or the time allotted for her to do so under the Federal Rules of Civil Procedure has passed.

IT IS SO ORDERED.

Dated: May 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE