SEYFARTH SHAW LLP
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
T: 916-498-7033 | F: 916-558-4839

SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Kevin J. Mahoney (*pro hac vice*)
kmahoney@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
T: 312-460-5000 | F: 312-460-7000

Attorneys for Plaintiff
VIBRANTCARE REHABILITATION, INC.

HAHN LOESER & PARKS LLP
James Heffner (SBN 245406)
jheffner@hahnlaw.com
600 West Broadway Suite 1500
San Diego, California 92101-3384
T: 619.810.4307

Attorneys for Defendant
KIRAN DEOL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KIRAN DEOL, and John and Jane Does 1 through 10. <br><br> Defendants. | Case No. 2:20-cv-00791-MCE-AC <br><br> **JOINT STIPULATION AND REQUEST TO CONTINUE THE FACT DISCOVERY AND RELATED PRE-TRIAL AND TRIAL DEADLINES; ORDER** <br><br> Action Filed: April 16, 2020 |

1

JOINT STIPULATION AND REQUEST TO CONTINUE THE FACT DISCOVERY AND RELATED PRE-TRIAL
AND TRIAL DEADLINES; ORDER

90514669v.1

Pursuant to Civil Local Rule 143, and subject to the approval of the Court, Plaintiff VibrantCare Rehabilitation, Inc. ("VibrantCare") and Defendant Kiran Deol ("Deol") (collectively, the "Parties"), by and through their counsel of record, respectfully stipulate and make a request to the Court as follows:

WHEREAS, according to the Honorable Morrison C. England, Jr.'s Initial Pretrial Scheduling Order, all discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date Deol filed her Answer on April 11, 2022, which in this case would be April 11, 2023 (Dkt. 3, 39);

WHEREAS, on September 7, 2022, Deol filed a Substitution of Attorney, and on September 15, 2022, the Court approved Deol's Substitution of Attorney (Dkt. 50, 51);

WHEREAS, since Deol substituted counsel, the Parties have been able to engage in productive discussions and negotiations regarding several matters, including (1) potential avenues to resolve this matter without further costly discovery, motion, or trial proceedings, including the Parties potentially attending private mediation; (2) both VibrantCare and Deol potentially asserting claims against third-parties, including, but not necessarily limited to, Deol's now former employer, Golden Bear Physical Therapy Sports Injury Center, Inc. ("Golden Bear")[1]; and (3) the remaining fact discovery the Parties must complete before the current fact discovery deadline of April 11, 2023, if the Parties cannot resolve this matter by settlement;

WHEREAS, with Deol represented by new counsel, the Parties wish to continue their negotiations, which the Parties hope will allow them to resolve this matter without further consuming the time and resources of this Court;

WHEREAS, to allow the Parties the opportunity to conduct potential alternative dispute resolution or, if necessary, assert potential claims against third-parties, such as Deol's now former employer, Golden Bear, the Parties now jointly stipulate and request that the Court continue the current April 11, 2023 fact discovery deadline by 8 months, until December 11, 2023;

---

[1] Golden Bear terminated Deol's employment on July 5, 2022.

WHEREAS, the Parties believe this continuance will allow them the opportunity to continue their recent discussions without having to simultaneously consume resources that could be devoted to settlement in advance of the current April 11, 2023 fact discovery deadline;

WHEREAS, the Parties were unable to engage in their recent, productive negotiations until Deol engaged new counsel;

WHEREAS, the Parties are not seeking to unnecessarily delay this matter, and this continuance will not cause any other delays or added burdens on the litigation of this cause, as a trial date has not yet been set;

WHEREAS, this is the first request to continue any pre-trial deadlines either party has submitted;

WHEREAS, no party will be prejudiced by this continuance, as this a stipulated request by all parties to continue the fact discovery deadline;

WHEREAS, all other pre-trial deadlines shall be calculated based on the continued fact discovery, as set forth in the Court's Initial Pretrial Scheduling Order; and

WHEREAS, the Parties hereby respectfully submit that Good Cause exists to continue the fact discovery deadline, and therefore jointly request that the Court continue the fact discovery deadline until December 11, 2023.

IT IS HEREBY STIPULATED.

1  DATED: January 10, 2022                  Respectfully submitted,

2                                           SEYFARTH SHAW LLP

3                                           By:  */s/ Jeffrey A. Nordlander*
4                                                Geoffrey C. Westbrook
                                                 Kevin J. Mahoney
5                                                Jeffrey A. Nordlander

6                                           Attorneys for Plaintiff
                                            VIBRANTCARE REHABILITATION, INC.
7

8                                           HAHN LOESER & PARKS LLP

9                                           By:  */s/ James Heffner* (as authorized on 1/10/23)
10                                               James Heffner

11

12                                          Attorneys for Defendant
                                            KIRAN DEOL
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having read and considered the Joint Stipulation and Request to Continue the Fact Discovery and Related Pre-Trial and Trial Deadlines, filed by Plaintiff VibrantCare Rehabilitation, Inc. and Defendant Kiran Deol, and for good cause appearing, hereby GRANTS the Stipulated Request and ORDERS as follows:

The fact discovery deadline is continued to December 11, 2023. All other relevant pre-trial and trial deadlines shall be calculated based on the continued fact discovery deadline of December 11, 2023.

IT IS SO ORDERED.

Dated: January 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE