1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., | Case No. 2:20-CV-00791-MCE-AC |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **ORDER GRANTING DEFENDANT KIRAN DEOL'S MOTION TO CONSOLIDATE CASES** |
| KIRAN DEOL, and John and Janes Does 1 through 10, | Date:<br>Time:<br>Dept.: |
| Defendants. | Complaint Filed: April 16, 2020<br>Trial Date:  None Set |
| VIBRANTCARE REHABILITATION, INC., | Case No. 2:23-CV-00231-MCE-JDP |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | |
| GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER INC., GOLDEN BEAR PT PARTNERS, LLC, , and John and Janes Does 1 through 10, | Complaint Filed: February 7, 2023<br>Trial Date:  None Set |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                    2:20-CV-00791-MCE-AC

Order Granting Defendant Kiran Deol's Motion To Consolidate Cases

14545727.1

First, an examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The action denominated Vibrantcare Rehabilitation, Inc, v. Golden Bear Physical Therapy Sports Injury Center Inc., Golden Bear PT Partners, LLC, Case No. 2:23-cv-00231-MCE-JDP, is thus REASSIGNED to Senior District Judge Morrison C. England, Jr. and to Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  The caption on any documents filed in the reassigned case shall be known as 2:23-cv-00231-MCE-AC.  It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Second, good cause having been shown, it is hereby further ordered that:

1.     Pursuant to Federal Rule of Civil Procedure 42, the actions denominated Vibrantcare Rehabilitation, Inc., v. Kiran Deol, Case No. 2:20-cv-00791-MCE-AC; and Vibrantcare Rehabilitation, Inc, v. Golden Bear Physical Therapy Sports Injury Center Inc., Golden Bear PT Partners, LLC, Case No. 2:23-cv-00231-MCE-AC, are hereby CONSOLIDATED;

2.     Case No. 2:20-cv-00791-MCE-AC is designated as the "master file";

3.     The Clerk of the Court is directed to add all complaints and answers and filed in 2:23-cv-00231-MCE-AC to the master file;

4.     The Clerk of the Court is directed to administratively close case 2:23-cv-00231-

Order Granting Defendant Kiran Deol's Motion To Consolidate Cases

14545727.1

MCE-AC;

   5.    The parties are directed to file all future pleadings, motions, and other filings ONLY in Case No. 2:20-cv-00791-MCE-AC.

   6.    The following continued dates shall apply in this consolidated action, and the remainder of the Court's scheduling order in 2:20-cv-00791-MCE-AC shall remain in effect:

| | |
|---|---|
| Close of Fact Discovery | February 7, 2024 |
| Expert Witness Designation | April 8, 2024 |
| Rebuttal Expert Witness Designation | May 8, 2024 |
| Deadline for Dispositive Motions | August 5, 2024 |

   IT IS SO ORDERED.


Dated:  May 24, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

14545727.1