**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., | Case No. 2:20-CV-00791-MCE-AC (LEAD) |
| Plaintiff, | |
| vs. | Hon. Morrison C. England, Jr. |
| KIRAN DEOL, and John and Jane Does 1 through 10. | **ORDER GRANTING KEVIN J. MAHONEY'S MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | Date: August 8, 2024<br>Time: 10:00 a.m.<br>Ctrm: 7, 14th Fl.<br>Judge: Hon. Morrison C. England, Jr. |
| | Action Filed: April 16, 2020 |
| VIBRANTCARE REHABILITATION, INC., | Case No. 2:23-CV-00231-MCE-JDP |
| Plaintiff, | |
| vs. | Hon. Morrison C. England, Jr. |
| GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER, INC., GOLDEN BEAR PT PARTNERS, LLC, John and Janes Does 1 through 10. | |
| Defendants, | Action Filed: February 7, 2023 |

ORDER GRANTING KEVIN J. MAHONEY'S
MOTION TO WITHDRAW AS COUNSEL

## **ORDER**

The Court, having considered Kevin J. Mahoney's Motion to Withdraw as Counsel and the documents on file with this Court, and for good cause appearing:

**IT IS HEREBY ORDERED** that Kevin J. Mahoney's Motion to Withdraw as Counsel for Plaintiff VibrantCare Rehabilitation, Inc. (ECF No. 86) is granted. Mr. Mahoney's appearance as counsel for VibrantCare Rehabilitation, Inc. is hereby withdrawn.

IT IS SO ORDERED.

Dated: June 17, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE