SEYFARTH SHAW LLP
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA  95814-4428
Telephone:    916-498-7033
Facsimile:      916-558-4839

Attorneys for Plaintiff
VIBRANTCARE REHABILITATION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KIRAN DEOL, et al., <br><br> Defendants. | Case No. 2:20-CV-00791-TLN-AC <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT KIRAN DEOL AND DEFENDANTS GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER, INC. AND GOLDEN BEAR PT PARTNERS, LLC (L.R. 141)** |

On August 05, 2024, Plaintiff Vibrantcare Rehabilitation, Inc. filed its Request to Seal Documents in Connection with Plaintiff's Motion for Partial Summary Judgment. Having read and considered the papers and the arguments of the Parties, the Court orders as follows:

Vibrantcare Rehabilitation, Inc.'s Motion is **GRANTED**, and the following documents are hereby ordered sealed from public view:

| Exhibit | Description |
|---|---|
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Excerpts from the deposition of Kiran Deol, taken February 13, 2024; specifically, page and line 123:1-17, 167:1-174:1, 176:20-23, 223:6-17, and 224:6-227:6. |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 3 to the deposition of Defendant Kiran Deol (the Patient Cancel Report). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 4 to the deposition of Defendant Kiran Deol (the Referral Log Analysis). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 5 to the deposition of Defendant Kiran Deol (the Referral Log Analysis). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 6 to the deposition of Defendant Kiran Deol (the College Fair Contact Information and Details). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 10 to the deposition of Defendant Kiran Deol (the Candidate List). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 16 to the deposition of Defendant Kiran Deol (Career Source Materials, including Deol's statements to David Weaver regarding VibrantCare's internal business and recruiting). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 30 to the deposition of Kiran Deol, filed as part of Exhibit A to the Declaration of Geoffrey C. Westbrook (the Career Fair Materials). |

///

///

1     **IT IS SO ORDERED.**

2   DATED: August 14, 2024

3                                     Troy L. Nunley
                                    United States District Judge