**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KIRAN DEOL, et al. <br><br> Defendants. | Case No. 2:20-CV-00791-TLN-AC <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, BY DEFENDANTS GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER, INC. AND GOLDEN BEAR PT PARTNERS, LLC** |

Having read and considered Defendants Golden Bear Physical Therapy Sports Injury Center, Inc. and Golden Bear PT Partners, LLC's (collectively, "Golden Bear") Request to Seal Documents (the "Request"), the Court finds compelling reasons to grant the Request.

IT IS HEREBY ORDERED that the Request to Seal Documents submitted in conjunction with Golden Bear's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, is GRANTED and the following unredacted documents shall be filed under seal pursuant to Local Rule 141 throughout and after the conclusion of this action:

- Memorandum of Points and Authorities;
- Statement of Undisputed Material Facts;
- Declaration of Joseph J. Kim;
- Exhibits A, B, C, E, F, G, H, I, and N to the Declaration of Joseph J. Kim; and
- Declaration of Bobby Ismail.

IT IS SO ORDERED.

DATED: August 14, 2024

Troy L. Nunley
United States District Judge