1   SEYFARTH SHAW LLP
    Geoffrey C. Westbrook (SBN 281961)
2   gwestbrook@seyfarth.com
    Jeffrey A. Nordlander (SBN 308929)
3   jnordlander@seyfarth.com
    400 Capitol Mall, Suite 2300
4   Sacramento, CA  95814-4428
    Telephone:    916-498-7033
5   Facsimile:    916-558-4839

6   Attorneys for Plaintiff
    VIBRANTCARE REHABILITATION, INC.
7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10                  **SACRAMENTO DIVISION**

11

12  VIBRANTCARE REHABILITATION, INC.,          Case No. 2:20-CV-00791-TLN-AC

13              Plaintiff,                      **ORDER GRANTING PLAINTIFF'S
                                                REQUEST TO SEAL DOCUMENTS
14       vs.                                    IN CONNECTION WITH
                                                PLAINTIFF'S OPPOSITION TO
15  KIRAN DEOL, and John and Jane Does 1        DEFENDANTS GOLDEN BEAR
    through 10.                                 PHYSICAL THERAPY SPORTS
16                                              INJURY CENTER, INC. AND
                Defendants.                     GOLDEN BEAR PT PARTNERS,
17                                              LLC'S MOTION FOR SUMMARY
                                                (L.R. 141)**
18
                                                Date:    September 12, 2024
19                                              Time:    10:00 a.m.
                                                Ctrm:    2, 15th Fl.
20                                              Judge:   Hon. Troy L. Nunley

21                                              Action Filed:  April 16, 2020

22  VIBRANTCARE REHABILITATION, INC.,

23              Plaintiff,

24       vs.

25  GOLDEN BEAR PHYSICAL THERAPY
    SPORTS INJURY CENTER, INC., GOLDEN
26  BEAR PT PARTNERS, LLC, John and Janes
    Does 1 through 10.
27
                Defendants,                     Action Filed:  February 7, 2023
28

---

[ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

On August 19, 2024, Plaintiff Vibrantcare Rehabilitation, Inc. filed its Request to Seal Documents in Connection with Plaintiff's Opposition to Defendants' Golden Bear Physical Therapy Sports Injury Center, Inc. and Golden Bear Partners, LLC's Motion for Summary Judgment. Having read and considered the papers and the arguments of the Parties, the Court orders as follows:

Vibrantcare Rehabilitation, Inc.'s Motion is **GRANTED**, and the following documents are hereby ordered sealed from public view:

| Exhibit | Description |
|---|---|
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Excerpts from the deposition of Kiran Deol, taken February 13, 2024; specifically, page and line 123:1-17, 167:1-174:1, 176:20-23, 223:6-17, and 224:6-227:6. |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 3 to the deposition of Defendant Kiran Deol (the Patient Cancel Report) |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 4 to the deposition of Defendant Kiran Deol (the Referral Log Analysis) |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 5 to the deposition of Defendant Kiran Deol (the Referral Log Analysis) |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 6 to the deposition of Defendant Kiran Deol (the College Fair Contact Information and Details). |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 10 to the deposition of Defendant Kiran Deol (the Candidate List) |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 16 to the deposition of Defendant Kiran Deol (Career 1 Source Materials, including Deol's statements to David Weaver regarding VibrantCare's internal business and recruiting) |
| Exhibit A to the Declaration of Geoffrey C. Westbrook | Exhibit 30 to the deposition of Kiran Deol, filed as part of Exhibit A to the Declaration of Geoffrey C. Westbrook (the Career Fair Materials). |
| Exhibit I to the Declaration of | Email communication Golden Bear produced in discovery as |

[ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

| Exhibit | Description |
|---|---|
| Geoffrey C. Westbrook | GBPT_SUBPOENA_000003552. |

///

///

       **IT IS SO ORDERED.**

DATED: August 26, 2024

                           Troy L. Nunley
                           United States District Judge

4