UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIBRANTCARE REHABILITATION, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KIRAN DEOL, et al.<br><br>　　　　　Defendants. | Case No. 2:20-CV-00791-TLN-AC<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, BY DEFENDANTS GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER, INC. AND GOLDEN BEAR PT PARTNERS, LLC**<br><br>Judge:　　　Hon. Troy L. Nunley |
| VIBRANTCARE REHABILITATION, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOLDEN BEAR PHYSICAL THERAPY SPORTS INJURY CENTER, INC., GOLDEN BEAR PT PARTNERS, LLC, John and Janes Does 1 through 10.<br><br>　　　　　Defendants, | |

Having read and considered Defendants Golden Bear Physical Therapy Sports Injury Center, Inc. and Golden Bear PT Partners, LLC's (collectively, "Golden Bear") Request to Seal Documents (the "Request"), the Court finds compelling reasons to grant the Request.

IT IS HEREBY ORDERED that the Request to Seal Documents submitted in conjunction with Golden Bear's Reply in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication, is GRANTED and the following unredacted documents shall be filed under seal pursuant to Local Rule 141 throughout and after the conclusion of this action:

- Reply Memorandum in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication;
- Reply Statement of Undisputed Material Facts;
- Response to Evidentiary Objections;
- Rebuttal Declaration of Joseph J. Kim, Exhibit B; and
- Rebuttal Declaration of Bobby Ismail, Exhibit A.

IT IS SO ORDERED.

DATED: September 3, 2024

Troy L. Nunley
United States District Judge